IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 14-24670 CMB |
| Rebekah A. Vaughn ) | Chapter 13 |
| aka Becky A. Vaughn, ) | |
| *Debtor(s)* ) | Docket No. |
| ) | |
| ) | |
| Rebekah A. Vaughn ) | |
| aka Becky A. Vaughn, ) | |
| *Movant(s)* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 3, 2019 at docket number 59, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                            Respectfully submitted,


May 27, 2020                                /s/ Christopher M. Frye_____
DATE                                        Christopher M. Frye, Esquire
                                            Attorney for the Debtor(s)

                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            chris.frye@steidl-steinberg.com
                                            PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**