Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rebekah A. Vaughn
aka Becky A. Vaughn**
Debtor(s)

Bankruptcy Case No.: 14−24670−CMB

Chapter: 13
Docket No.: 74 − 73

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/20/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/20/20.**

                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: **All Parties**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 14-24670-CMB
Rebekah A. Vaughn                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: May 26, 2020
                              Form ID: 408            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db            +Rebekah A. Vaughn,    113 Circle Drive,    Elizabeth, PA 15037-2378
cr             Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
cr            +THE BANK OF NEW YORK MELLON,    P.O. Box 9013,    Addison, TX 75001-9013
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13960892       Bank of America Home Loans,    c/o Customer Service,    P. O. Box 5170,
                Simi Valley, CA 93062-5170
13992108      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14018465       Bank of New York as trustee for CWALT 2004-J13,    c/o Shellpoint Mortgage Servicing,
                P.O. Box 10826,    Greenville, SC 29603-0826
13970379       CMI-Community Medicine,    c/o Convergent Healthcare Recoveries,    PO Box 5435,    Dept 0102,
                Carol Stream, IL 60197-5435
13970380      +FIA Card Services,    c/o FMA Alliance Ltd,    PO Box 65,    Houston, TX 77001-0065
13960894       Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
13970383      +Steel City South Pediatrics,    4411 Stilley Road,    Pittsburgh, PA 15227-1368
13970384       UPMC Childrens Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box 5435,    Dept 0102,
                Carol Stream, IL 60197-5435
13970385       UPMC Magee Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box5435,    Dept 0102,
                Carol Stream, IL 60197-5435
13970386       UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13970387       UPMC Presbyterian Shadyside Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                Dept 0102,    Carol Stream, IL 60197-5435
13970388       UPMC-Mercy Southside Out/Pt,    c/o Covergent Healthcare Recoveries, Inc,    PO Box 5435,
                Dept 0102,    Carol Stream, IL 60197-5435
13970389       UPMC-University of PGH Phys,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                Carol Stream, IL 60197-5435
13960895      +Veripo Solutions,    750 E Highway 121,    Suite 100,    Lewisville, TX 75067-8199
14023852      +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-4293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14035476       E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:15
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
15006217      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 27 2020 03:51:45        Bridgecrest,
                PO Box 53087,    Phoenix, AZ 85072-3087
15006218      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 27 2020 03:51:45        Bridgecrest,
                7300 East Hampton Avenue,    Mesa, AZ 85209-3324
13970378       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 03:58:00        Chase Bank USA,
                PO Box 15298,    Wilmington, DE 19850
13970381       E-mail/Text: bankruptcydepartment@tsico.com May 27 2020 03:51:49        Pittsburgh Nose & Throat,
                c/o Transworld Systems Inc.,    PO Box 15520,    Wilmington, DE 19850-5520
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              The Bank of New York Mellon FKA The Bank of New Yo
13960893*       Bank of America Home Loans,    c/o Customer Service,    P. O. Box 5170,
                Simi Valley, CA 93062-5170
13970382*       Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
13970390*      +Veripo Solutions,    750 E Highway 121,    Suite 100,    Lewisville, TX 75067-8199
13970391*      +Veripo Solutions,    750 E Highway 121,    Suite 100,    Lewisville, TX 75067-8199
                                                                                   TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2        User: dsaw              Page 2 of 2              Date Rcvd: May 26, 2020
                            Form ID: 408            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Rebekah A. Vaughn chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the Holders of CWALT, inc., Alternative Loan Trust 2004-J13, Mortgage Pass
               Through Certificates, Series 2004-J13 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```