**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>REBEKAH A. VAUGHN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-24670<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/26/2014 and confirmed on 1/30/15 . The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 141,867.70 |
| Less Refunds to Debtor | 1,470.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,397.20 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,400.00 | |
|    Trustee Fee | 5,801.98 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,201.98 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK - TRUSTEE FOR CV | 0.00 | 64,051.20 | 0.00 | 64,051.20 |
|     Acct: 3608 | | | | |
|   BANK OF NEW YORK - TRUSTEE FOR CV | 23,046.73 | 23,046.73 | 0.00 | 23,046.73 |
|     Acct: 3608 | | | | |
|   VERIPRO SOLUTIONS INC++ | 24,090.49 | 24,090.33 | 6,663.09 | 30,753.42 |
|     Acct: 5886 | | | | |
| | | | | 117,851.35 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKAH A. VAUGHN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKAH A. VAUGHN | 1,090.16 | 1,090.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKAH A. VAUGHN | 380.34 | 380.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5/20 | | | | |
|   BRIDGECREST AUTO FINANCE | 0.00 | 2,765.40 | 0.00 | 2,765.40 |
|     Acct: 3401 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.16 | 0.16 | 0.00 | 0.16 |
|     Acct: XXXXXXXXXXXTION | | | | |
| | | | | 2,765.56 |
| **Unsecured** | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5002 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 9,557.72 | 9,557.72 | 0.00 | 9,557.72 |
|     Acct: 0094 | | | | |
|   TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5731 | | | | |
|   STEEL CITY SOUTH PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E000 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1281 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1611 | | | | |
|   UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: AA00 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4785 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4785 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ASHLEY FUNDING SVCS LLC | 20.59 | 20.59 | 0.00 | 20.59 |
| Acct: 6140 | | | | |
|   ASHLEY FUNDING SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,578.31 |
| **TOTAL PAID TO CREDITORS** | | | | 130,195.22 |

```
TOTAL
 CLAIMED         0.16
 PRIORITY    47,137.22
 SECURED      9,578.31
```

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    REBEKAH A. VAUGHN<br><br>           Debtor(s)<br><br>    Ronda J. Winnecour<br>          Movant<br>           vs.<br>    No Repondents. | Case No.:14-24670<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                   BY THE COURT:

                                                                   U.S. BANKRUPTCY JUDGE

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                               Case No. 14-24670-CMB
Rebekah A. Vaughn                                                    Chapter 13
            Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                  Page 1 of 2                  Date Rcvd: May 26, 2020
                               Form ID: pdf900             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Rebekah A. Vaughn,    113 Circle Drive,    Elizabeth, PA 15037-2378
cr              Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +THE BANK OF NEW YORK MELLON,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13960892        Bank of America Home Loans,    c/o Customer Service,    P. O. Box 5170,
                 Simi Valley, CA 93062-5170
13992108       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14018465        Bank of New York as trustee for CWALT 2004-J13,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,   Greenville, SC 29603-0826
13970379        CMI-Community Medicine,    c/o Convergent Healthcare Recoveries,    PO Box 5435,    Dept 0102,
                 Carol Stream, IL 60197-5435
13970380       +FIA Card Services,    c/o FMA Alliance Ltd,    PO Box 65,   Houston, TX 77001-0065
13960894        Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
13970383       +Steel City South Pediatrics,    4411 Stilley Road,    Pittsburgh, PA 15227-1368
13970384        UPMC Childrens Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box 5435,    Dept 0102,
                 Carol Stream, IL 60197-5435
13970385        UPMC Magee Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box5435,    Dept 0102,
                 Carol Stream, IL 60197-5435
13970386        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13970387        UPMC Presbyterian Shadyside Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                 Dept 0102,   Carol Stream, IL 60197-5435
13970388        UPMC-Mercy Southside Out/Pt,    c/o Covergent Healthcare Recoveries, Inc,    PO Box 5435,
                 Dept 0102,   Carol Stream, IL 60197-5435
13970389        UPMC-University of PGH Phys,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                 Carol Stream, IL 60197-5435
13960895       +Veripo Solutions,    750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
14023852       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-4293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14035476        E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:59:02
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15006217       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 27 2020 03:51:45       Bridgecrest,
                 PO Box 53087,   Phoenix, AZ 85072-3087
15006218       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com May 27 2020 03:51:45       Bridgecrest,
                 7300 East Hampton Avenue,    Mesa, AZ 85209-3324
13970378        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 03:57:13       Chase Bank USA,
                 PO Box 15298,    Wilmington, DE 19850
13970381        E-mail/Text: bankruptcydepartment@tsico.com May 27 2020 03:51:50       Pittsburgh Nose & Throat,
                 c/o Transworld Systems Inc.,    PO Box 15520,    Wilmington, DE 19850-5520
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              The Bank of New York Mellon FKA The Bank of New Yo
13960893*       Bank of America Home Loans,    c/o Customer Service,    P. O. Box 5170,
                 Simi Valley, CA 93062-5170
13970382*       Shellpoint Mortgage Servicing,    PO Box 1410,    Troy, MI 48099-1410
13970390*      +Veripo Solutions,    750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
13970391*      +Veripo Solutions,    750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
                                                                                       TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                User: dsaw                    Page 2 of 2                    Date Rcvd: May 26, 2020
                                    Form ID: pdf900               Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Rebekah A. Vaughn chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the Holders of CWALT, inc., Alternative Loan Trust 2004-J13, Mortgage Pass
               Through Certificates, Series 2004-J13 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 5
```