## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rebekah A. Vaughn aka Becky A. Vaughn

                  Debtor

Ronda J. Winnecour, Trustee

                  Movant

     v.

The Bank of New York Mellon FKA The Bank of
New York, As Trustee for the Holders of CWALT,
Inc., Alternative Loan Trust 2004-J13, Mortgage
Pass Through Certificates, Series 2004-J13

                  Respondent

Case No. 14-24670-CMB

Chapter 13

Related to Doc. 62, 66  & 79

Hearing date: 6/24/20 @ 10:00

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, the Chapter 13 Trustee filed a Notice of Final Cure Payment showing Debtor's post-petition mortgage payments to Respondent current through December 2019, with Debtor being responsible for making a direct payment to Respondent in the amount of $1,075.15 for the payment due January 1, 2020 (Doc. 62);

WHEREAS, Respondent filed a Response to Notice of Final Cure Payment asserting that Debtor's post-petition payments were not current, but also asserting that Debtor's payments were due for the January 1, 2020 (Doc. 66);

It is therefore Stipulated and agreed as follows:

1.    Debtor's Chapter 13 plan is completed.

2.    The Chapter 13 Trustee has made all payments to Respondent that were required under Debtor's confirmed Chapter 13 plan.

3.        Respondent received payments totaling $23,046.73 in full satisfaction of its prepetition

arrears.

4.        Respondent received payments totaling $64,051.20, representing post-petition payments

for the months of December 2014 through December 2019.

5.        Debtor assumed responsibility for making direct payments to Respondent with the

payment due January 1, 2020.

6.        The hearing in this matter scheduled for June 24, 2020 is cancelled.

Consented to by:

*/s/ Christopher M. Frye, Esquire*
Christopher M. Frye, Esquire
Attorney for Debtor
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Phone: 412-391-8000

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Respondent
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322

*Ronda J. Winnecour, Esquire*
Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED .

By the Court,

*Carlota M. Böhm*
dmk

FILED
6/23/20 8:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24670-CMB
Rebekah A. Vaughn                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1          Date Rcvd: Jun 23, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              +Rebekah A. Vaughn,    113 Circle Drive,    Elizabeth, PA 15037-2378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Rebekah A. Vaughn chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           As Trustee for the Holders of CWALT, inc., Alternative Loan Trust 2004-J13, Mortgage Pass
           Through Certificates, Series 2004-J13 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 5