| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Rebekah A. Vaughn** | Social Security number or ITIN    **xxx–xx–6907** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **14–24670–CMB** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rebekah A. Vaughn
aka Becky A. Vaughn

7/7/20                                   **By the court:**    Carlota M. Bohm
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24670-CMB
Rebekah A. Vaughn                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro                  Page 1 of 2              Date Rcvd: Jul 07, 2020
                              Form ID: 3180W              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db            +Rebekah A. Vaughn,    113 Circle Drive,   Elizabeth, PA 15037-2378
cr             Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr            +THE BANK OF NEW YORK MELLON,    P.O. Box 9013,   Addison, TX 75001-9013
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO BOX 10826,   GREENVILLE, SC 29603-0826
13992108      +Bank of America, N.A.,   P O Box 982284,    El Paso, TX 79998-2284
14018465       Bank of New York as trustee for CWALT 2004-J13,    c/o Shellpoint Mortgage Servicing,
                 P.O. Box 10826,   Greenville, SC 29603-0826
13970379       CMI-Community Medicine,   c/o Convergent Healthcare Recoveries,    PO Box 5435,   Dept 0102,
                 Carol Stream, IL 60197-5435
13970380      +FIA Card Services,   c/o FMA Alliance Ltd,    PO Box 65,   Houston, TX 77001-0065
13960894       Shellpoint Mortgage Servicing,    PO Box 1410,   Troy, MI 48099-1410
13970383      +Steel City South Pediatrics,    4411 Stilley Road,   Pittsburgh, PA 15227-1368
13970384       UPMC Childrens Out/Pt,   c/o Convergent Healthcare Recoveries,    PO Box 5435,   Dept 0102,
                 Carol Stream, IL 60197-5435
13970385       UPMC Magee Out/Pt,   c/o Convergent Healthcare Recoveries,    PO  Box5435,   Dept 0102,
                 Carol Stream, IL 60197-5435
13970386       UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
13970387       UPMC Presbyterian Shadyside Out/Pt,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                 Dept 0102,   Carol Stream, IL 60197-5435
13970388       UPMC-Mercy Southside Out/Pt,    c/o Covergent Healthcare Recoveries, Inc,    PO Box 5435,
                 Dept 0102,   Carol Stream, IL 60197-5435
13970389       UPMC-University of PGH Phys,    c/o Convergent Healthcare Recoveries,    PO Box 5435,
                 Carol Stream, IL 60197-5435
13960895      +Veripo Solutions,   750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
14023852      +Veripro Solutions,Inc.,    PO BOX 3244,   Coppell, TX 75019-4293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2020 05:04:28      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14035476       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 04:59:16
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13960892       EDI: BANKAMER.COM Jul 08 2020 08:18:00      Bank of America Home Loans,    c/o Customer Service,
                 P. O. Box 5170,   Simi Valley, CA 93062-5170
15006217      +EDI: DVTM.COM Jul 08 2020 08:18:00      Bridgecrest,    PO Box 53087,   Phoenix, AZ 85072-3087
15006218      +EDI: DVTM.COM Jul 08 2020 08:18:00      Bridgecrest,    7300 East Hampton Avenue,
                 Mesa, AZ 85209-3324
13970378       EDI: JPMORGANCHASE Jul 08 2020 08:18:00      Chase Bank USA,    PO Box 15298,
                 Wilmington, DE 19850
13970381       E-mail/Text: bankruptcydepartment@tsico.com Jul 08 2020 05:05:18      Pittsburgh Nose & Throat,
                 c/o Transworld Systems Inc.,    PO Box 15520,   Wilmington, DE 19850-5520
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr             The Bank of New York Mellon FKA The Bank of New Yo
13960893*      Bank of America Home Loans,    c/o Customer Service,   P. O. Box 5170,
                 Simi Valley, CA 93062-5170
13970382*      Shellpoint Mortgage Servicing,    PO Box 1410,   Troy, MI 48099-1410
13970390*     +Veripo Solutions,   750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
13970391*     +Veripo Solutions,   750 E Highway 121,    Suite 100,   Lewisville, TX 75067-8199
                                                                                              TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                            Signature:   /s/Joseph Speetjens

```
District/off: 0315-2           User: agro                  Page 2 of 2              Date Rcvd: Jul 07, 2020
                               Form ID: 3180W              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Rebekah A. Vaughn chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the Holders of CWALT, inc., Alternative Loan Trust 2004-J13, Mortgage Pass
               Through Certificates, Series 2004-J13 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 5
```